IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY MICHAEL EDWARDS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-05-368-M |
| RON WARD, et al., | ) |
| Respondents. | ) |

### ORDER

On May 24, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended summary dismissal of the habeas petition based upon untimeliness. The parties were advised of their right to object to the Report and Recommendation by June 13, 2005. On June 6, 2005, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 24, 2005, and

(2) DISMISSES the petition for writ of habeas corpus as untimely.

**IT IS SO ORDERED this 10th day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE